IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

U.S. COURTS

JUN 16 2014

Rcvd_____ Filed____ Time 3:15 PM
ELIZABETH A. SMITH, CLERK
CLERK, DISTRICT OF IDAHO

James W Player

Plaintiff

Case No. 3:14-CV-238-REB

Vs

University of Idaho-Moscow

Chuck Staben

Kent Nelson

Matthew J Dorschel

Defendant(s)

CLAIM

I am claiming that the University of Idaho-Moscow through its agents, Chuck Staben, Kent Nelson, and Matthew J Dorschel, knowingly deprived me of my liberty and the additional First Amendment rights of Freedom of Assembly and Freedom of Speech without due process of law when a No Trespass order was issued against me from entering the University of Idaho-Moscow on May 28, 2014 by Kent Nelson, General Counsel. Additionally, the actions taken by the University of Idaho-Moscow prior to May 28, 2014 restricting me to only contact with the General Counsel's office are a violation of my constitutional rights of liberty, Freedom of Assembly, and Freedom of Speech under the U. S. Constitution. I am seeking damages in the amount of $6,000,000.00 (six million American dollars) because the violations of my U.S. Constitutional rights were done deliberately under color of the authority of the University of Idaho-Moscow in the State of Idaho.

James W Player, Pro se

706 North Main Street, Room 3

Moscow, Idaho 83843    Phone: (208) 882-7579, Room 3

*James W. Player*